IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA MOYER, ) | |
| ) | No. 2:12-cv-1170 KJN P |
| Petitioner, ) | |
| ) | **REQUEST FOR SUBSTITUTION OF COUNSEL;** |
| v. ) | **~~PROPOSED~~ ORDER** |
| ) | |
| Walter Miller, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner, PAULA MOYER, hereby moves this Court for an order substituting PHILIP BROOKS, Attorney at Law, 1442A Walnut St #233, Berkeley, CA 94709, telephone (510) 528-7996; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner. Mr. Brooks has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Brooks is aware of any deadlines in this case.  The undersigned is authorized to sign this substitution motion on his behalf.

Dated: May 25, 2012                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       */s/ David M. Porter*
                                       DAVID M. PORTER
                                       Assistant Federal Defender
                                       Attorneys for Petitioner
                                       PAULA MOYER


Dated: May 25, 2012                    */s/ Philip Brooks*
                                       PHILIP BROOKS


**O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Philip Brooks, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated:  May 29, 2012




                                       _____
                                       KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE

Moye1170.Subst.Cnsl

2